UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KARL AHLERS,

                    Plaintiff,

-against-

THOMAS BORUCH, Facility Parole Officer,
Arthur Kill Correctional Facility,

                    Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-1747 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on July 16, 2007, granting defendant's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion for summary judgment.

Dated: Brooklyn, New York
       July 17, 2007

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court